**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LUIS RODRIGUEZ,** | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| **v.** | : | **No. 25-3859** |
| | : | |
| **COACTION SPECIALTY** | : | |
| **INSURANCE SERVICES, LLC,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **24th** day of **February** 2026, upon consideration of Plaintiff Luis Rodriguez's Motion for a Stay of Proceedings (ECF 19), Defendant Coaction Specialty Insurance Services, LLC's Opposition to the Motion for a Stay and Cross-Motion to Dismiss (ECF 23), and Rodriguez's Response (ECF 26), it is **ORDERED** that Rodriguez's Motion is **DENIED**, Coaction's Cross-Motion is **GRANTED**, and Rodriguez's Complaint against Coaction is **DISMISSED** without prejudice.

The Clerk of Court shall mark this case as **CLOSED**.

**BY THE COURT:**

_____

**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*